UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____



FILED
JUN 03 2011
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Joshua Mark Hatfield  )
# State 357290   Fed 32749-074  )
_____  )
(Enter above the NAME of the plaintiff in this action.)  )

v.  )

Irwin County Detention Center  )
Blount County Justice Center  )
Jefferson County Justice Center  )
(Enter above the NAME of each defendant in this action.)  )

3:11-CV-253
Varlan/Guyton

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to the previous lawsuit:

         Plaintiffs: _____

         _____

         Defendants: _____

         _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Morgan County Corrections Complex (MCCC)

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( ) I was at Irwin County Dent. Center

C. If your answer is YES,

1. What steps did you take? Filed a Grievance and contacted my Federal Defence lawyer

2. What was the result? They keep moving me to diffrent jails to keep from having to do my surgery.

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

1. What steps did you take? I contacted the Warden and my Federal Attourney

2

2. What was the result? _They acted as if they were gonna help me, but they keep moving me._

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: _Joshua Mark Hatfield_

Present address: _MCCC P.O. Box 2000 Wartburg, TN. 37887_

Permanent home address: _191 Trout Rd. Bean St. TN. 37708_

Address of nearest relative: _191 Trout Rd. Bean St. TN. 37708_

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: _Irwin County Dentien - Blount County Justice Center, Jefferson Co. Sherrifs Dept._

Official position: _____

Place of employment: _____

C. Additional defendants: _____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

_On August 1st 2010 at 1AM I (Joshua Hatfield) Broke my foot at Irwin Co. Dention Center, I told the guard_

3

that I broke my foot and hurt my knee. 8 hours later they made me hop around 200 yards to get in a van to go to the hospital. I get there I have a broken foot and the doctor wants me to see an ortopedic surgeon over my knee. At this time my foot is to swollen to cast so the doctor wrote me a preciption for pain and crutches. Well It took around 10 days to get my crutches. I go to the orthopedic surgeon at Southern Georgia Sports Medicane and the doctor drained blood off my knee and said I needed to have an mri done. Well I get back to the jail where they are housing me in medical and they missed my appointment day for my MRI. Not to mention I havent gotten outta my cell in 8 days for nothig so I write a grevience over my crutches + time outta my cell. The Asst. Warden appolgized to me, put cabel T.V. in my cell + let me use the free phone to call home everyday. + got my crutches. Well I go back to the orthopedic doctor + he wanted to know why I hadn't had my MRI yet. So the transport officers ended up driving to the Emergency room to schedule my appointment for the Mri. I finally get it and the surgeon checks it out and say I have a torn ACL and a few other things. He say I'll need physical therapy to build my leg up before surgery because the mucies were weak. Well I never got took to Not one physical therapy + they send me to Blount County Justice Center, with no medical records. I tell the nurces at Blount Co. + they said there was nothing they could do so I argued + argued + they took me to Maryville ortopedics + the doctor there examined my leg + said the he belived there was more wrong than just my ACL. This was on a Friday like around Oct. 12th or 13th 2010 on Monday Blount County sent me to Jefferson Co. with NO medical records + Jefferson County want even look at my foot + this is all I wrote that has been left out, but my Federal Defence Attourney knows all it. Paula Voss -865-637-7979

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I'm not after money, I want my leg fixed it hurts realy bad + has caused me to mess my hip and back up, I think justice should be done for the year that I've been moved from place to place to keep from fixing my leg. A 5k2.2 departurer

SIGNED THIS __31__ DAY OF __May__, 20_11_.

_Joshua Mark Hoyet_
SIGNATURE OF PLAINTIFF

5

There are a whole bunch of other problems I've had over my leg. I have plainly been denied medical attention, also my Federal lawyer says that every one is trying to get out of paying for my surgery. I still to this day have no medical records. You can contact my lawyer or her invesgator & they will also fill you in on my matter. Thanks so much for your time.

Sincerly, Joshua Hotfield

My lawyer PAULA VOSS
lawyers invesgator Charles Brown

865-637-7979

Joshua Mark Hatfield #357296
MCCX P.O. Box 2000
Wartburg, TN. 37887

Clerk United States District Court
800 Market St. Suite 130
Knoxville, TN. 37902

The Department of Corrections MCCC has neither inspected nor censored and is not responsible for the contents.